United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES FOR THE
LABORERS HEALTH & WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

        Plaintiffs,

    v.

MICHAEL HEAVEY CONSTRUCTION,
INC.,

        Defendant.

Case No.  15-cv-00411-EDL

**ORDER**

      On June 8, 2015, Plaintiffs moved for entry of default judgment.  Defendant failed to timely respond.  On July 20, 2015, Defendant filed a motion asking the Court to set aside its entry of default judgment.  As the Court has not yet ruled on Plaintiffs' default judgment motion, the purpose of Defendant's motion appears to be to set aside the clerk's entry of default.  Defendant, however, neither entered an appearance as required by Local Civil Rule 5-1(c)(2)(A) nor appeared at the July 21, 2015 hearing.  As stated at that hearing, Plaintiffs are ORDERED to file a response to Defendant's motion of no more than three pages by July 23, 2015.

      **IT IS SO ORDERED.**

Dated: July 21, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge