United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HEAVEY CONSTRUCTION, INC.,<br><br>Defendant. | No. C 15-00411 WHA<br><br>**ORDER RE MAGISTRATE'S REPORT AND RECOMMENDATION** |

The Court is in receipt of the report and recommendation by Judge Elizabeth D. Laporte (Dkt. No. 29). The deadline to object was August 27. No objection was filed. This order **ACCEPTS** and **ADOPTS** the findings therein. Plaintiffs' motion for default judgment is **GRANTED** in the amount of $217,587.23, and defendant's motion to set aside default judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 8, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE