BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         tmainguy@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HEAVEY CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 3:15-cv-00411-WHA<br><br>[PROPOSED] DEFAULT JUDGMENT<br><br>Judge:     Hon. William Alsup |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $217,587.23.  Defendant is ORDERED to pay Plaintiffs principal contributions in the amount of $152,973.51; liquidated damages and interest in the amount of $47,685.87; attorneys' fees in the amount of $16,370.00; and Plaintiffs' costs in the amount of $557.85.

1  Defendant is further **ORDERED** to submit to an audit covering the period January 1,
2  2011 to date, by auditors selected by the Trust Funds at Defendant's premises during business
3  hours, or where the records are kept, at a reasonable time or times, and to allow said auditors to
4  examine and copy such books, records, papers, reports of Defendant, that are relevant to the
5  enforcement of the collective bargaining agreement or Trust Agreements.  This Court shall retain
6  jurisdiction of this matter to enforce the Order compelling an audit.

7  DATED: December 8, 2015.

 _____
 HONORABLE WILLIAM ALSUP
 UNITED STATES DISTRICT COURT

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[PROPOSED] DEFAULT JUDGMENT
Case No. 3:15-cv-00411-WHA